| AUSA: | Barrington Wilkins | Telephone: | (313) 226-9621 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Sean Killian | Telephone: | (313) 715-7062 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
  v.

**Oral Watson**

Case No.      Case: 2:24−mj−30412
Assigned To : Unassigned
Assign. Date : 9/26/2024
USA V. SEALED (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 26, 2024 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a controlled Substance |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Sean Killian, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ September 26, 2024 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Elizabeth A. Stafford,  United States Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Sean Killian, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since April of 2022. I am currently assigned to the FBI Detroit Division's Strike Force Group 1. Prior to working for the FBI, I was a police officer for seven years in Indiana. I have participated in and conducted hundreds of investigations involving federal and state violations including, but not limited to, crimes involving illegal drug trafficking, sale, possession, and distribution.

2.      The statements contained in this affidavit are based upon my experience as a former police officer and current FBI Special Agent, information provided by police officers, other Special Agents of the FBI, other law enforcement personnel, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.      As explained below, there is probable cause to believe that Oral WATSON (XX/XX/1977) has committed violations of Title 21, United States Code, Section 841(a)(1) Possession with Intent to Distribute a Controlled Substance.

**Probable Cause**

4.      In the Spring of 2023, a reliable Confidential Human Source (CHS) advised Special Agents with the FBI that Oral WATSON was engaged in narcotics trafficking utilizing shipping services. The CHS had contact with WATSON, but WATSON was unwilling to ship narcotics to the CHS at that time. Agents found WATSON had a felony conviction for Conspiracy to Distribute a Controlled Substance and was on United States Federal Probation until June 21, 2024.

5.      In the Spring of 2024, the CHS advised Agents that WATSON was prepared to send the CHS illegal narcotics. The CHS was instructed by Special Agents with the FBI to communicate with WATSON and negotiate the procurement of cocaine and crystal methamphetamine. The CHS recorded multiple phone calls where the CHS negotiated the procurement of one kilogram of cocaine and one pound of crystal methamphetamine. The CHS and WATSON agreed WATSON would send the narcotics to a specific address located in Detroit, Michigan. WATSON advised the CHS the package would arrive in Detroit on April 26, 2024. The CHS knows WATSON to live in California. In one of the Facetime calls between WATSON and the CHS, dated April 19, 2024, WATSON held up a brick sized package to the camera that showed a logo on it reading "ABUELO".

6.      On April 26, 2024, at approximately 12:20 PM Agents intercepted a package at a sorting facility that was labeled as being from California and destined

for the pre-arranged address agreed upon between the CHS and WATSON. Agents seized the package with the intention of applying for a search warrant to open it. Agents subsequently submitted an affidavit in support of a search warrant for the package.

7.     Shortly after Agents intercepted the package there are several calls between the CHS and Watson in which WATSON states "no good…they stopped it," "I'm like damn like, its just weird like, how…you know what I'm saying?", and "when you look it up it say it on there already…that's why my man said…that just fuck everything up man…I don't know man shits just fucked up man, I've got to pay my man now."

8.     On April 29, 2024, United States Magistrate Judge Patricia Morris issued a search warrant for the package.

9.     Agents searched the package finding approximately 1.05 kilograms of suspected cocaine and 465.6 grams of suspected crystal methamphetamine inside of the package. The cocaine was packaged in plastic wrap with a label reading "ABUELO." This appeared to be the same logo depicted in the prior Facetime call between the CHS and WATSON.

10.     Agents utilized a TruNarc laser scanner on the package appearing to be crystal methamphetamine. The TruNarc scanner indicated the presence of methamphetamine in the package. Agents utilized a TruNarc laser scanner on the

package appearing to be cocaine. The TruNarc scanner indicated the presence of Cocaine HCL in the package.

### Conclusion

11.     Based on this information, there is probable cause to believe that Oral WATSON (XX/XX/1977) has committed violations of Title 21, United States Code, Section 841(a)(1) Possession with Intent to Distribute a Controlled Substance.

_____
Special Agent Sean Killian
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge